UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE  GREENBELT, MARYLAND  20770
  301-344-0632

MEMORANDUM

TO: Counsel of Record in the attached list of Visa Application Cases

FROM: Judge Peter J. Messitte
Senior U.S. District Judge, Maryland

RE: Recent requests for expedited handling of visa applications

DATE: August 26, 2021

* * *

As of today, some 100 cases have recently been brought in our court against USCIS (whose headquarters are in the District of Maryland), in which petitioners seek expedited consideration of their visa applications (many before September 30). A list of as many cases as we have been able to identify is attached.

I have been authorized by my U.S. District Court colleagues (most of whom have one or more of these cases) to handle the logistics as to all these cases (and similar cases subsequently filed). To that end, I am staying all actions in these cases, except where review of particular applications is actively under way.

Further, I am scheduling a Zoom conference with Plaintiffs' counsel in these cases plus one or more representatives of USCIS for **Wednesday, September 1, 2021 at 11:00 a.m. Eastern Time** to discuss the possible issuance of a USCIS protocol to deal with these cases.

I am asking USCIS to be prepared at the Zoom conference to discuss such a protocol, including among other things:

1. The extent to which any of these cases more properly belong in courts other than the U.S. District Court for Maryland;
2. The nature of any problems in expediting the applications;
3. The sequencing of processing applications;
4. The possibility of assigning (at least temporarily) additional USCIS personnel to process these applications;
5. An indication of what options exist if applications are not processed by September 30, 2021

You will be sent a link to the Zoom conference by the close of business on Tuesday, August 31.

Despite the informal nature of this ruling, it shall constitute an order of the Court, and the Clerk is directed to docket it accordingly.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc:   Court files